MARY BOWERS, an Infant, etc., by Her Guardian ad Litem, MAY BOWERS, and WILLIAM BOWERS v. CITY BANK FARMERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of GEORGE J. WEPPLER, for an Order Pursuant to Article 78 of the Civil Practice Act, to Compel the Performance of a Duty Enjoined by Law or to Review the Acts of PAUL J. KERN and Others, as Municipal Civil Service Commissioners in and for the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

JOSEPHINE B. CAMPBELL v. JOHN J. CAMPBELL, JR., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JOSEPHINE B. CAMPBELL v. JOHN J. CAMPBELL, JR., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

YETTA NATHANSON and SAM NATHANSON v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 257 App. Div. 950.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MILDRED C. GERMAN v. CHARLES V. SNEDEKER and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 596.] Motion for reargument denied. Settle order on notice. Present — O'Malley, Townley, Dowling, Cohn and Callahan, JJ.

RICHARD A. CLINCHY v. GRANDVIEW DAIRY, INC., and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 300.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of LOUIS H. STAPLES for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the LEXINGTON SURETY AND INDEMNITY COMPANY. SUPERINTENDENT OF INSURANCE — Claimant: THE PEOPLE OF THE STATE OF NEW YORK (Claim No. SBB–30).— Motion for leave to appeal to the Court of Appeals granted. [See 257 App. Div. 926.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, v. GAYNOR & ROSENBLUM, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.